**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6896**

REGINALD FULLARD,

Plaintiff - Appellant,

v.

DANIEL M. HORNE, JR.; MICHAEL R. MORGAN; J. BRYAN BOYD; M.C. HACKNEY,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:17-ct-03159-FL)

Submitted:  December 28, 2018                    Decided:  January 7, 2019

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Reginald U. Fullard, Appellant Pro Se.  Kathryn Hicks Shields, Assistant Attorney General, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Fullard appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fullard v. Horne*, No. 5:17-ct-03159-FL (E.D.N.C. July 5, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*